
FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

07 CV ___

## 1. CAPTION OF ACTION

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

TYRONE CARMICHAEL

-vs-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. F. Nicotra     C.O.         2. John Doe    C.O.
3. Jane Doe       C.O.         4. John Doe    C.O.
5. John Doe       C.O.         6. A. Brigera  C.O.
                               7. S. Heider   C.O.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: *To list additional plaintiffs, use this format on another sheet of paper*

Name and Prisoner Number of Plaintiff: Tyrone Carmichael
Present Place of Confinement & Address: Southport Correctional Facility, P.O. Box 2000, Pine City, New York 14871-2000

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

DEFENDANT'S INFORMATION  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: __F. Nicotra__

(If applicable) Official Position of Defendant: __Corrections officer__

(If applicable) Defendant is Sued in __X__ Individual and/or _____ Official Capacity

Address of Defendant: __Attica Correctional Facility, Box 149, Attica N.Y. 14011-0149__

Name of Defendant: __Jane Doe__

(If applicable) Official Position of Defendant: __Corrections officer__

(If applicable) Defendant is Sued in __X__ Individual and/or _____ Official Capacity

Address of Defendant: __Attica Correctional Facility, Box 149, Attica N.Y. 14011-0149__

Name of Defendant: __John Doe__

(If applicable) Official Position of Defendant: __Corrections officer__

(If applicable) Defendant is Sued in __X__ Individual and/or _____ Official Capacity

Address of Defendant: __Attica Correctional Facility, Box 149, Attica N.Y. 14011-0149__

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes _____   No __X__

If yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

2

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

   - Is it still pending? Yes_____ No_____

     - If not, give the approximate date it was resolved. _____

   - Disposition (check the boxes which apply):

     ☐ <u>Dismissed</u> (check the box which indicates why it was dismissed):

         ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

         ☐ By court for failure to exhaust administrative remedies;

         ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

         ☐ By court due to your voluntary withdrawal of claim;

     ☐ <u>Judgment</u> upon motion or after trial entered for

         ☐ plaintiff

         ☐ defendant.

Have you begun any other lawsuits in federal court which relate to your imprisonment?

Yes_____ No__X__

<u>Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with ur imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

_____

3

2. District Court: _____

3. Docket Number: _____

4. Name of District or Magistrate Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the disposition of the case?

   - Is it still pending? Yes_____ No_____

     - If not, give the approximate date it was resolved. _____

   - Disposition (check the boxes which apply):

     ☐ <u>Dismissed</u> (check the box which indicates why it was dismissed):

       ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

       ☐ By court for failure to exhaust administrative remedies;

       ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

       ☐ By court due to your voluntary withdrawal of claim;

     ☐ <u>Judgment</u> upon motion or after trial entered for

       ☐ plaintiff

       ☐ defendant

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

| | | |
|---|---|---|
| Religion | • Access to the Courts | • Search & Seizure |
| Free Speech | • False Arrest | • Malicious Prosecution |
| Due Process | • Excessive Force | • Denial of Medical Treatment |
| Equal Protection | • Failure to Protect | • Right to Counsel |

Please note that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims.

F.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial.

4

John Doe
Corrections officer
Defendant is Sued in Individual capacity
Attica Correctional Facility, Box 149, Attica, N.Y.
14011-0149

John Doe
Corrections officer
Defendant is Sued in Individual capacity
Attica Correctional Facility, Box 149, Attica, N.Y.
14011-0149

A. Brigera
Corrections officer
Defendant is Sued in Individual capacity
Attica Correctional Facility, Box 149, Attica, N.Y.
14011-0149

S. Heider
Corrections officer
Defendant is Sued in Individual capacity
Attica Correctional Facility, Box 149, Attica, N.Y.
14011-0149

allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. FIRST CLAIM: On (date of the incident) or about July 5, 2006 defendant (give the name and position held of each defendant involved in this incident) C.O.S. Jane Doe, 3 John Doe's, and F. Nicotra

did the following to me (briefly state what each defendant named above did): My family on the outside of the jail can see inside the jail and they seen defendant Jane Doe having sex with inmates on the company. Jane Doe found out I knew about it and had me assaulted on July 5, 2006, by defendant's F. Nicotra, John Doe 1, John Doe 2, and John Doe 3. On the above mentioned date, I was leaving off D-4D-company on my way to chow and C.O. F. Nicotra told me to step to the side. When all the inmates proceeded down stairs C.O. F. Nicotra told me to tuck my shirt in my pants. I looked down and my shirt was tucked in, I ask the C.O. what was he talking about and the C.O. punched me in my face and the 3 John Does began assaulting me with their batons.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: An excessive use of force claim

The relief I am seeking for this claim is (briefly state the relief sought): I am seeking monetary compensation in the amount of three half million dollars

### Exhaustion of Administrative Remedies

According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim: Yes____ No X

5

If your answer is yes, state the result: _____

Did you appeal that decision:   Yes_____   No_____

If your answer is yes, state the result: _____

> Attach any documents which indicate that you have exhausted your administrative remedies regarding this claim.

If your answer is no, state why you did not: _____

B. **SECOND CLAIM:** On (date of the incident) **or about August — december, 2006** defendant (give the <u>name and position held</u> of <u>each defendant</u> involved in this incident) **D.O.S A. Brigena S. Heider**

did the following to me (briefly state what each defendant named above did): **From August — december defendants A. Brigena and S. Heider was flooding my cell with water and both defendants cut off the water in my sink and toilet. They was harassing me and threatening me. From September 23 — december the defendants were throwing my Ramadan meals on the floor, and I was forced to eat my food off the floor. The 2 defendants was lying on me saying I was flooding my cell when they was the ones pouring water in my cell and they went in my cell and rip up my papers. My family outside the jail see what the D.O.S doing to me**

ie constitutional basis for this claim under 42 U.S.C. § 1983 is **Cruel and unusual punishment**

e relief I am seeking for this claim is (briefly state the relief sought): **I am seeking monetary compensation in the amount of three & half million dollars**

6

### Exhaustion of Administrative Remedies

According to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Did you grieve and/or appeal this claim:     Yes **X**    No ____

    If your answer is yes, state the result: **None**

    Did you appeal that decision:   Yes ____   No **X**

    If your answer is yes, state the result: _____

*Attach any documents which indicate that you have exhausted your administrative remedies regarding this claim.*

    If your answer is no, state why you did not: **I did not know about appealing the matter**

If you have additional claims, use the above format to set them out on additional sheets of paper.

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

**I request monetary compensation and punitive Damages in the total amount of seven million dollars**

Do you want a jury trial? Yes **X**  No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **1-18-07**
         (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

**X Tyrone Carmichael**

Signature(s) of Plaintiff(s)